IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, and
CHARLES DUFF, Revenue Officer,
Internal Revenue Service,

      Petitioners,                      MISC. NO. S-09-0080 WBS GGH

    vs.

LINDA P. SHADLEY,

      Respondent.                      ORDER
_____/

        Previously pending on this court's calendar for October 15, 2009, was an order to show cause regarding the government's petition to enforce Internal Revenue Service summons. Yoshinori Himel appeared on behalf of the United States. Linda Shadley appeared in pro se.

        In accordance with orders made at hearing, IT IS ORDERED that:

    1. The show cause order of September 3, 2009 is discharged;

    2. Respondent shall appear at IRS offices, 4430 Watt Avenue, Sacramento, California, on November 3, 2009 at 1:00 p.m. to provide testimony and produce documents responsive to petitioner's IRS summons.

DATED: October 21, 2009

                                        /s/ Gregory G. Hollows
                                        _____
                                        U. S. MAGISTRATE JUDGE

GGH:076:USShadley80.irs.wpd