1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA, and
     CHARLES DUFF, Revenue Officer,
11   Internal Revenue Service,

12          Petitioners,                          MISC. NO. S-09-0080 WBS GGH

13      vs.

14
     LINDA P. SHADLEY,
15
            Respondent.                           ORDER
16   _____/

17          The government has submitted a proposed order and findings and

18   recommendations to enforce IRS summons.  It states that "[r]espondent appeared for the

19   appointment before the Revenue Officer, but she failed to comply."  The government has

20   submitted no evidence or details in support of this representation.  Before the undersigned can

21   rule on the proposed order and findings and recommendations, more information is required

22   concerning respondent's failure to comply at her November 3rd appearance at IRS offices.

23          Therefore, IT IS ORDERED that:

24          1.  Within seven days of this order the government shall file and serve a

25   declaration indicating how and in what way respondent failed to comply with the summons.

26   \\\\\

                                              1

2.  Respondent may file a response to this order within seven days after being served with the government's declaration.

DATED: December 7, 2009

/s/ Gregory G. Hollows

U. S. MAGISTRATE JUDGE

GGH:076
shadley.ord