1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, California 95814-2322
   Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, and CHARLES DUFF, Revenue Officer, Internal Revenue Service, | Case No. 2:09-mc-00080-WBS-GGH |
|---|---|
| Petitioners, | **ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT** |
| v. | Taxpayer: LINDA P. SHADLEY |
| LINDA P. SHADLEY, | Date: Monday, May 10, 2010
Time: 2 p.m.
Ctrm: #5 (14th Floor) |
| Respondent. | Honorable William B. Shubb |

Upon the petition of BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, including the declaration of Revenue Officer CHARLES DUFF, it is hereby:

ORDERED that the respondent, LINDA P. SHADLEY, appear before United States District Judge William B. Shubb, in that Judge's courtroom in the United States Courthouse, 501 I Street, Sacramento, California, on Monday, May 10, 2010, at 2 o'clock p.m., and that respondent show cause as follows:

1. Why respondent, LINDA P. SHADLEY, should not be held in civil contempt of this Court for her failure to comply with the Order filed on February 24, 2010, directing respondent to comply with the I.R.S. Summons issued on April 29, 2009.

///

2. Why the respondent should not be incarcerated and ordered to pay a daily fine until she complies with the Order, and ordered to pay a compensatory fine to the United States.

IT IS FURTHER ORDERED that within 7 calendar days after the filing of this Order, the respondent shall file and serve a written response to the Petition re: Civil Contempt of Order Filed February 24, 2009.  Only those issues brought into controversy by the responsive papers and supported by declaration will be considered at the hearing on this Order, and any uncontested allegation in the Petition Re: Civil Contempt will be considered admitted.

Respondent is hereby notified that a failure to comply with this Order will subject respondent to possible further sanctions for contempt of Court.

It is SO ORDERED.

DATED:  April 6, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE