UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA and CHARLES DUFF, Revenue Officer, Internal Revenue Service,<br><br>    Petitioners,<br><br>  v.<br><br>LINDA P. SHADLEY,<br><br>    Respondent.<br>_____/ | NO. 2:09-MC-00080 WBS GGH<br><br><u>ORDER</u> |

----oo0oo----

        This matter came on regularly for hearing on May 10, 2010, for hearing on this courts Order to Show Cause why respondent ought not be adjudged in civil contempt. (Docket No. 17.) Petitioners were represented by Assistant U. S. Attorney Yoshinori H. T. Himel; respondent Linda P. Shadley appeared <u>in propria persona</u>. Respondent indicated her willingness to fully comply with the Summons after being afforded an opportunity to gather tax documents and consult with an attorney.

1

IT IS THEREFORE ORDERED that respondent Linda P. Shadley shall appear at the office of Internal Revenue Officer Charles Duff on June 3, 2010, at 9:00 a.m. and comply with the Internal Revenue Service Summons issued on April 29, 2009. The petition requesting that respondent be held in contempt is hereby dropped without prejudice, subject to its being renewed if respondent does not comply fully with this order.

DATED:  May 11, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE