BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

Attorneys for Petitioners

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, and DIANA DINO, Revenue Officer, Internal Revenue Service, | Case No. 2:09-mc-00080-WBS-GGH |
|---|---|
| Petitioners, | **ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT** |
| v. | Taxpayer: LINDA P. SHADLEY |
| LINDA P. SHADLEY, | Date: Monday, July 19, 2010<br>Time: 2:00 p.m.<br>Ctrm: #5 (14th Floor) |
| Respondent. | Honorable William B. Shubb |

Upon the renewed petition of BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, including the declarations of Revenue Officer DIANA DINO and of CHARLES DUFF, it is hereby:

ORDERED that the respondent, LINDA P. SHADLEY, appear before United States District Judge William B. Shubb, in that Judge's courtroom in the United States Courthouse, 501 I Street, Sacramento, California, on **Monday, July 19, 2010, at 2:00 o'clock p.m.**, and that respondent show cause as follows:

1. Why respondent, LINDA P. SHADLEY, should not be held in civil contempt of this Court for her failure to comply with the Orders filed on February 24, 2010 and May 13, 2010, directing respondent to comply with the I.R.S. Summons issued on April 29, 2009.

2.  Why the respondent should not be incarcerated and ordered to pay a daily fine until she complies with the Order, and ordered to pay a compensatory fine to the United States.

A copy of this order shall be personally served by Petitioner on Respondent.

Respondent is hereby notified that a failure to comply with this Order will subject respondent to immediate arrest by the United States Marshal.

It is SO ORDERED.

DATED:  June 17, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE